**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>EL PASO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garcia, Horacio** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Carrasco, Guadalupe Yanez** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   **xxx-xx-2618** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   **xxx-xx-5801** |

| Street Address of Debtor (No. and Street, City, and State):<br>**849 Dakota River**<br>**El Paso, TX** | ZIP CODE<br>**79932** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**849 Dakota River**<br>**El Paso, TX** | ZIP CODE<br>**79932** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**El Paso** | | County of Residence or of the Principal Place of Business:<br>**El Paso** | |
| Mailing Address of Debtor (if different from street address):<br>**849 Dakota River**<br>**El Paso, TX** | ZIP CODE<br>**79932** | Mailing Address of Joint Debtor (if different from street address):<br>**849 Dakota River**<br>**El Paso, TX** | ZIP CODE<br>**79932** |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed   (Check one box.) |
|---|---|---|
| [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br><br>[ ] Corporation (includes LLC and LLP)<br><br>[ ] Partnership<br><br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | [ ] Chapter 7<br>[ ] Chapter 9<br>[ ] Chapter 11<br>[ ] Chapter 12<br>[x] Chapter 13<br><br>[ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>[x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  [ ] Debts are primarily business debts. |

| Filing Fee   (Check one box.) | Chapter 11 Debtors |
|---|---|
| [x] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes:**<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

[x] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2007 (Build 9.0.5.12, ID 2829943890)*

**B1 (Official Form 1) (1/08)**                                                                                          **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| ## Voluntary Petition<br>*(This page must be completed and filed in every case.)* | **Horacio Garcia**<br>**Guadalupe Yanez Carrasco** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** **/s/ Carl T. Johnson**          04/03/2008<br>   **Carl T. Johnson**                 Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (1/08)**                                                                                     **Page 3**

| Voluntary Petition | Name of Debtor(s): **Horacio Garcia** |
|---|---|
| *(This page must be completed and filed in every case)* | **Guadalupe Yanez Carrasco** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Horacio Garcia
_____
**Horacio Garcia**

**X** /s/ Guadalupe Yanez Carrasco
_____
**Guadalupe Yanez Carrasco**

_____
Telephone Number (If not represented by attorney)

**04/03/2008**
_____
Date

### Signature of Attorney*

**X** /s/ Carl T. Johnson
_____
**Carl T. Johnson**          Bar No. **10687000**

**Law Offices of Carl T. Johnson, P.C.**
**Attorney and Counselor at Law**
**4530 Montana, S-B**
**El Paso, TX 79903**

Phone No. **(915) 565-4669** _____ Fax No. **(915) 562-7032**

04/03/2008
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE: **Horacio Garcia**
        **Guadalupe Yanez Carrasco**

Case No. _____

(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**                                       Case No. _____
**Guadalupe Yanez Carrasco**                                      (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Horacio Garcia**_____
Horacio Garcia

Date: _____**04/03/2008**_____

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **Horacio Garcia**                                      Case No.  _____
        **Guadalupe Yanez Carrasco**                                    (if known)

         Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **Horacio Garcia**                                          Case No.  _____
        **Guadalupe Yanez Carrasco**                                                            (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Guadalupe Yanez Carrasco**_____
                      Guadalupe Yanez Carrasco

Date:  ____**04/03/2008**____

B6A (Official Form 6A) (12/07)

In re  **Horacio Garcia**                                 Case No. _____
      **Guadalupe Yanez Carrasco**                                (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 849 Dakota Ridge, El Paso, TX | Homestead Property | C | $125,000.00 | $122,957.00 |
| | | Total: | **$125,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Horacio Garcia**                                    Case No.  _____
      **Guadalupe Yanez Carrasco**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Deposits in checking/savings account at GECU | C | $400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods, supplies, and furnishings | C | $7,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel and other personal possessions | C | $2,500.00 |
| 7. Furs and jewelry. | | Jewelry | C | $500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Horacio Garcia**                                    Case No. _____
       **Guadalupe Yanez Carrasco**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Horacio Garcia**        Case No. _____
**Guadalupe Yanez Carrasco**                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Possible 2007 IRS tax refund (Estimated - married end of 2007 so they file separate returns) | C | $1,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Swift Motorcycle | C | $19,000.00 |
| | | 2006 Ford Escape (Surrender) | C | $15,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Horacio Garcia**                                    Case No. _____
     **Guadalupe Yanez Carrasco**                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1999 Ford F150 4x4 | C | $8,000.00 |
| | | 2004 Honda Pilot | C | $18,896.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          **Total >** | $73,296.00
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Horacio Garcia**                                          Case No. _____
     **Guadalupe Yanez Carrasco**                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☒  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 849 Dakota Ridge, El Paso, TX | 11 U.S.C. § 522(d)(1) | $2,043.00 | $125,000.00 |
| Deposits in checking/savings account at GECU | 11 U.S.C. § 522(d)(5) | $400.00 | $400.00 |
| Household goods, supplies, and furnishings | 11 U.S.C. § 522(d)(3) | $7,500.00 | $7,500.00 |
| Wearing apparel and other personal possessions | 11 U.S.C. § 522(d)(3) | $2,500.00 | $2,500.00 |
| Jewelry | 11 U.S.C. § 522(d)(4) | $500.00 | $500.00 |
| Possible 2007 IRS tax refund (Estimated - married end of 2007 so they file separate returns) | 11 U.S.C. § 522(d)(5) | $1,500.00 | $1,500.00 |
| 2007 Swift Motorcycle | 11 U.S.C. § 522(d)(5) | $0.00 | $19,000.00 |
| 1999 Ford F150 4x4 | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $3,225.00<br>$4,075.00 | $8,000.00 |
| 2004 Honda Pilot | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $0.00<br>$0.00 | $18,896.00 |
| | | **$21,743.00** | **$183,296.00** |

B6D (Official Form 6D) (12/07)

In re **Horacio Garcia**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Guadalupe Yanez Carrasco**　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **406244603046**<br><br>**American General Finance**<br>**600 N. Royal Ave.**<br>**Evansville, IN  47715** | | C | DATE INCURRED: **4/06**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**Furniture**<br>REMARKS:<br>**To be paid under the plan.**<br><br>VALUE: **$500.00** | | | | **$763.00** | **$263.00** |
| ACCT #: **4121**<br><br>**Ford Motor Credit Co.**<br>**P.O. Box 152271**<br>**Irving, TX  75015-2271** | | C | DATE INCURRED: **8/06**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**2006 Ford Escape**<br>REMARKS:<br>**Surrender**<br><br>VALUE: **$15,000.00** | | | | **$25,317.00** | **$10,317.00** |
| ACCT #: **240**<br><br>**Franklin Credit Management**<br>**6 Harrison St.**<br>**New York, NY  10013** | | C | DATE INCURRED: **2/07**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**849 Dakota Ridge, El Paso, TX**<br>REMARKS:<br>**Direct pay by Debtor**<br><br>VALUE: **$125,000.00** | | | | **$24,418.00** | |
| ACCT #:<br><br>**GECU**<br>**P.O. Box 20998**<br>**El Paso, TX  79998** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**1999 Ford F150 4x4**<br>REMARKS:<br>**To be paid under the plan.**<br><br>VALUE: **$8,000.00** | | | | **$700.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$51,198.00** | **$10,580.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Horacio Garcia**                                                        Case No. _____
     **Guadalupe Yanez Carrasco**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **5430-6907-8190-4799** <br><br> **GECU** <br> **P.O. Box 20998** <br> **El Paso, TX 79998** | | C | DATE INCURRED: <br> NATURE OF LIEN: <br> **Credit Card / Cross-collateralized** <br> COLLATERAL: <br> **Cross-coll. w/1999 Ford F150 4x4** <br> REMARKS: <br> **To be paid under the plan.** <br><br> VALUE: **$500.00** | | | | **$500.00** | |
| ACCT #: **744257** <br><br> **Homecomings Funding Netwk** <br> **2711 N. Haskell Ave., SW 1** <br> **Dallas, TX 75204** | | C | DATE INCURRED: **2/07** <br> NATURE OF LIEN: <br> **Security Interest** <br> COLLATERAL: <br> **849 Dakota Ridge, El Paso, TX** <br> REMARKS: <br> **Direct pay by Debtor** <br><br> VALUE: **$125,000.00** | | | | **$98,539.00** | |
| ACCT #: **744257** <br><br> **Homecomings Funding Netwk** <br> **2711 N. Haskell Ave., SW 1** <br> **Dallas, TX 75204** | | C | DATE INCURRED: **Various** <br> NATURE OF LIEN: <br> **Mortgage arrears** <br> COLLATERAL: <br> **849 Dakota Ridge, El Paso, TX** <br> REMARKS: <br> **Amount represents arrears thru April 2008. To be paid under the plan.** <br><br> VALUE: **$2,000.00** | | | | **$2,000.00** | |
| ACCT #: **1842** <br><br> **SST/LOUDPD** <br> **4315 Pickett Rd.** <br> **Saint Joseph, MO 64503** | | C | DATE INCURRED: **3/07** <br> NATURE OF LIEN: <br> **Security Interest** <br> COLLATERAL: <br> **2007 Swift Motorcycle** <br> REMARKS: <br> **To be paid under the plan.** <br><br> VALUE: **$19,000.00** | | | | **$19,000.00** | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached    Subtotal (Total of this Page) >    **$120,039.00**    **$0.00**
to Schedule of Creditors Holding Secured Claims                          Total (Use only on last page) >

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Horacio Garcia**                                    Case No. _____
        **Guadalupe Yanez Carrasco**                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:  **R57699902201300**<br>**Tax Assessor/Collector**<br>**P.O. Box 2992**<br>**El Paso, TX  79999** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**2008 & Future Property Taxes**<br>COLLATERAL:<br>**849 Dakota River, El Paso, TX**<br>REMARKS:<br>**Direct pay - Escrowed**<br><br>VALUE:      **$125,000.00** | | | | **$0.00** | |
| ACCT #:<br>**West Texas Credit Union**<br>**6834 Commerce Ave.**<br>**El Paso, TX  79915-1023** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**2004 Honda Pilot**<br>REMARKS:<br>**To be paid under the plan.**<br><br>VALUE:      **$18,896.00** | | | | **$18,896.00** | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$18,896.00** |
| Total (Use only on last page) > | **$190,133.00** |

| | |
|---|---|
| **$0.00** |
| **$10,580.00** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Horacio Garcia**                                      Case No. _____
     **Guadalupe Yanez Carrasco**                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____2_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Horacio Garcia**                                    Case No. _____
       **Guadalupe Yanez Carrasco**                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **454392** <br> **Attorney General of Texas** <br> **Child Support Division** <br> **P.O. Box 12017** <br> **Austin, TX  78711-2017** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Future Child Support** <br> REMARKS: <br> **Debtor to continue to pay** | | | | $0.00 | $0.00 | $0.00 |
| ACCT #: **454392** <br> **Attorney General of Texas** <br> **Child Support Division** <br> **P.O. Box 12017** <br> **Austin, TX  78711-2017** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Child Support Arrears** <br> REMARKS: <br> **Direct pay by Debtor - deducted from debtor pay** | | | | $6,323.00 | $6,323.00 | $0.00 |
| ACCT #: <br> **Nunez, Maria** <br> **12711 Setting Sun** <br> **El Paso, TX  79936** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Child support** <br> REMARKS: <br> **Debtor to continue to pay - deducted from pay** | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $6,323.00 | $6,323.00 | $0.00 |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (12/07) - Cont.

In re **Horacio Garcia**                                     Case No. _____
        **Guadalupe Yanez Carrasco**                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **#19891** <br> **Law Offices of Carl T. Johnson, P.C.** <br> **Attorney and Counselor at Law** <br> **4530 Montana, S-B** <br> **El Paso, TX 79903** | | C | DATE INCURRED: **03/12/2008** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $2,824.00 | $2,824.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Subtotals (Totals of this page) > | | | | $2,824.00 | $2,824.00 | $0.00 |
| | | | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $9,147.00 | | |
| | | | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $9,147.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Horacio Garcia**                                                    Case No. _____
       **Guadalupe Yanez Carrasco**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **704005505958**<br>**ACS/UC Los Angeles**<br>**501 Bleecker St.**<br>**Utica, NY 13501** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**deferred** | | | | **$2,800.00** |
| ACCT #:  **4870-4301-0116**<br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE  19850** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,666.00** |
| ACCT #:  **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**<br>**Benefit Overpayment Coll. Sect**<br>**P.O. Box 826218**<br>**Sacramento, CA 94230** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Overpayment of benefits**<br>REMARKS: | | | | **$10,701.00** |
| ACCT #:  **413924053**<br>**Central Financial Control**<br>**P.O. Box 66051**<br>**Anaheim, CA 92816** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Providence**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **5401-6830-2280-**<br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE  19850-5298** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,666.00** |
| ACCT #:  **550595801**<br>**CTC**<br>**Northway Broker Lmtd, Level 8, S-3**<br>**Plaza Commercial Ctr., Bisazza St.**<br>**Sliema SLM15**<br>**MALTA** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$1,035.00** |
| | | | | | | Subtotal > | **$21,868.00** |

_____**5**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Horacio Garcia**           Case No. _____
      **Guadalupe Yanez Carrasco**                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 4121<br>**Ford Motor Credit Co.**<br>**P.O. Box 152271**<br>**Irving, TX 75015-2271** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Est. deficiency after surr. 06 Escape**<br>REMARKS: | | | | $10,317.00 |
| ACCT #: 2164802010<br>**HFC**<br>**P.O. Box 1547**<br>**Chesapeake, VA 23327** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $9,460.00 |
| ACCT #: 6035-3202-1240<br>**Home Depot**<br>**P.O. Box 689100**<br>**Des Moines, IA 50368-9100** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $700.00 |
| ACCT #: 5458-0015-1752<br>**HSBC**<br>**P.O. Box 97280**<br>**Portland, OR 97280** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,447.00 |
| ACCT #: 5440-4550-4018<br>**HSBC**<br>**P.O. Box 19360**<br>**Portland, OR 97280** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $105.00 |
| ACCT #: 04546765<br>**Kohls/Chase**<br>**N56 W 17000 Ridgewood Dr.**<br>**Menomonee Falls, WI 53051** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $266.00 |

Sheet no. ___1___ of ___5___ continuation sheets attached to       **Subtotal >**    $26,295.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     **Total >**
         **(Use only on last page of the completed Schedule F.)**
      **(Report also on Summary of Schedules and, if applicable, on the**
        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Horacio Garcia**
      **Guadalupe Yanez Carrasco**

Case No. _____
            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **R57699902201300**<br>**Linebarger, Goggon, Blair**<br>**& Sampson, LLP**<br>**711 Navarro, Suite 300**<br>**San Antonio, TX  78205** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Tax Assessor/City of El Paso**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **19601222042008**<br>**Merrit Properties/Santa Fe Plaza**<br>**c/o Skip Chase International**<br>**10610 Metric Dr., S-114**<br>**Dallas, TX 75243** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $875.00 |
| ACCT #:  **6045-8930-5462**<br>**Mervyn's**<br>**P.O. Box 981064**<br>**El Paso, TX  79998-1064** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $153.00 |
| ACCT #:  **412446721**<br>**National Home Buyers Alliance**<br>**c/o The Bureaus, Inc.**<br>**1717 Central St.**<br>**Evanston, IL 60201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $75.00 |
| ACCT #:  **695541948**<br>**Nationwide Insurance**<br>**c/o NCO Financial**<br>**P.O. Box 41466**<br>**Philadelphia, PA  19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $2.00 |
| ACCT #:  **696105927**<br>**Nationwide Insurance**<br>**c/o NCO Financial**<br>**P.O. Box 41466**<br>**Philadelphia, PA  19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $3.00 |

Sheet no. _____2_____ of _____5_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      $1,108.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Horacio Garcia**                           Case No. _____
         **Guadalupe Yanez Carrasco**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Pitts, Donald**<br>**247 S. Clovis Ave.**<br>**Fowler, CA 93625** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice  -  judgment paid in full**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **413924053**<br>**Providence Memorial Hospital**<br>**P.O. Box 20021**<br>**El Paso, TX  79998** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $30.00 |
| ACCT #:  **98001864921**<br>**Sallie Mae Servicing**<br>**1002 Arthur Dr.**<br>**Lynn Haven, FL 32444** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $80,466.00 |
| ACCT #:  **25742506**<br>**Southwest Credit Systems**<br>**5910 Plano Pkwy., Ste. 100**<br>**Plano, TX 75093** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**duplicate of UTEP**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **4352-3767-0549**<br>**Target**<br>**P.O. Box 673**<br>**Minneapolis, MN  55440-0673** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $894.00 |
| ACCT #:  **25767**<br>**TXU - Texas Utilities**<br>**P.O. Box 2270**<br>**Palestine, TX 75802** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Previous Service**<br>REMARKS: | | | | $214.00 |

Sheet no. ____**3**____ of ____**5**____ continuation sheets attached to                 **Subtotal >**    **$81,604.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Horacio Garcia**
     **Guadalupe Yanez Carrasco**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  800153600<br>**UTEP/Academic Serv. Bldg.**<br>**Student Business Service**<br>**Collections Dept.**<br>**El Paso, TX  79968-0506** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Tuition**<br>REMARKS: | | | | $936.00 |
| ACCT #:  915-490-6639<br>**Verizon Wireless**<br>**P. O. Box 96082**<br>**Bellevue, WA 98009-9682** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Assume contract**<br>REMARKS:<br>**Debtor to continue to pay** | | | | $0.00 |
| ACCT #:  24392/11008<br>**VMC Satellite 05**<br>**c/o NCS**<br>**6560 N. Scottsdale Rd., S-E101**<br>**Scottsdale, AZ  85253** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - VMC Satellite**<br>REMARKS:<br>**Disputed -paid** | | | X | $852.00 |
| ACCT #:  4185-8669-1562<br>**Washington Mutual/Providian**<br>**P.O. Box 9016**<br>**Pleasanton, CA  94566-9016** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,107.00 |
| ACCT #:  58517634319<br>**Wells Fargo Ed. Finan. Svc**<br>**301 E. 58th St. N**<br>**Sioux Falls, SD 57104** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $14,552.00 |
| ACCT #:  58517634319<br>**Wells Fargo Ed. Finan. Svc**<br>**301 E. 58th St. N**<br>**Sioux Falls, SD 57104** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $15,690.00 |

Sheet no. ___4___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $33,137.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Horacio Garcia**                                      Case No. _____
       **Guadalupe Yanez Carrasco**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **99484414719**<br>**Wells Fargo Educ. Fin. Serv.**<br>**P.O. Box 5156**<br>**Sioux Falls, SD  57117-5156** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Deferred** | | | | $4,250.00 |
| ACCT #:  **99484414719**<br>**Wells Fargo Educ. Fin. Serv.**<br>**P.O. Box 5156**<br>**Sioux Falls, SD  57117-5156** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Deferred** | | | | $1,688.00 |
| ACCT #:  **10606061467**<br>**Wells Fargo Finance**<br>**30 W. Shaw Ave., S-104**<br>**Clovis, CA 93612** | | C | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1,552.00 |
| ACCT #:  **4340126**<br>**World Finance**<br>**9056 Dyer St.**<br>**El Paso, TX  79924** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Money Loaned**<br>REMARKS: | | | | $259.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114-0326** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**U.S. Attorney General**<br>**Main Justice Bldg., Rm 5111**<br>**10th & Constitution Ave., NW**<br>**Washington, DC  20530** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. _____5_____ of _____5_____ continuation sheets attached to                    **Subtotal >**    $7,749.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Horacio Garcia**                                    Case No. _____
       **Guadalupe Yanez Carrasco**                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **U.S. Attorney's Office** <br> **Western Dist. of Texas** <br> **601 NW Loop 410, S-600** <br> **San Antonio, TX  78216** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Required Notification** <br> REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**6**____ of ____**5**____ continuation sheets attached to | | Subtotal > | **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > | **$171,761.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Horacio Garcia**                                    Case No. _____
     **Guadalupe Yanez Carrasco**                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Verizon Wireless** <br> P. O. Box 96082 <br> Bellevue, WA 98009-9682 | Assume contract <br> Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Horacio Garcia**                                    Case No. _____
     **Guadalupe Yanez Carrasco**                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Horacio Garcia**       Case No. _____
       **Guadalupe Yanez Carrasco**                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Baby | Age(s): 12 Yrs<br>10 Yrs<br>1 Mth | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Engineer | Teacher |
| Name of Employer | Union Pacific Railroad | Ysleta ISD |
| How Long Employed | 6 Yrs | 1 Yr |
| Address of Employer | Dallas St.<br>El Paso, TX  79902 | 2430 McRae Blvd.<br>El Paso, TX  79925 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5,619.46 | $4,094.17 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$5,619.46** | **$4,094.17** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $376.22 | $247.32 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $59.37 |
| | d. Insurance | $170.44 | $26.61 |
| | e. Union dues | $232.00 | $0.00 |
| | f. Retirement   401k   / TRS | $280.98 | $262.03 |
| | g. Other (Specify)   RR Tier I tax   / Prof Assn | $405.38 | $41.17 |
| | h. Other (Specify)   RR Tier II tax | $206.66 | $0.00 |
| | i. Other (Specify)   child support | $1,070.00 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$2,741.68** | **$636.50** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$2,877.78** | **$3,457.67** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. 1/12th antic IRS tax refund   / no longer teaching summer school | $250.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$250.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,127.78** | **$3,457.67** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$6,585.45** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**TRUSTEE TO DEDUCT PAYMENTS FROM HUSBAND'S PAY.**

B6J (Official Form 6J) (12/07)

IN RE:  **Horacio Garcia**                                        Case No. _____
        **Guadalupe Yanez Carrasco**                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,010.00 |
|    a. Are real estate taxes included?   ☑ Yes   ☐ No | |
|    b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $125.00 |
|             b. Water and sewer | $80.00 |
|             c. Telephone | $200.00 |
|             d. Other:   Cable | $100.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $650.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $40.00 |
| 7. Medical and dental expenses | $70.00 |
| 8. Transportation (not including car payments) | $430.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $80.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | $150.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other:  FCM - mortg | $216.00 |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others:     deducted from pay | |
| 15. Payments for support of add'l dependents not living at your home:    c/s arrears - to deduct f/pay | $100.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $1,584.45 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$4,985.45** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $6,585.45 |
| b. Average monthly expenses from Line 18 above | $4,985.45 |
| c. Monthly net income (a. minus b.) | $1,600.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Horacio Garcia**                                    CASE NO
**Guadalupe Yanez Carrasco**

                                                            CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Child care for newborn | **$975.00** |
| UTEP - school tuition -wife | **$125.00** |
| Husb. food expenses for wk travel | **$400.00** |
| Misc/contingencies/emergencies | **$49.45** |
| Vehicle maint/upkeep/tags | **$35.00** |
| **Total >** | **$1,584.45** |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re  **Horacio Garcia**                                      Case No.
       **Guadalupe Yanez Carrasco**

                                                              Chapter      **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $125,000.00 | | |
| B - Personal Property | Yes | 4 | $73,296.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $190,133.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $9,147.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $171,761.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,585.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,985.45 |
| TOTAL | | 24 | $198,296.00 | $371,041.00 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  **Horacio Garcia**                                    Case No.
      **Guadalupe Yanez Carrasco**

                                                         Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $6,323.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $119,446.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $125,769.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $6,585.45 |
| Average Expenses (from Schedule J, Line 18) | $4,985.45 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $9,235.42 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $10,580.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $9,147.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $171,761.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $182,341.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Horacio Garcia**                                      Case No. _____
**Guadalupe Yanez Carrasco**                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **04/03/2008**_____          Signature  **/s/ Horacio Garcia**_____
                                                          **Horacio Garcia**


Date  **04/03/2008**_____          Signature  **/s/ Guadalupe Yanez Carrasco**_____
                                                          **Guadalupe Yanez Carrasco**
                                               [If joint case, both spouses must sign.]

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **Horacio Garcia**                                      Case No. _____
        **Guadalupe Yanez Carrasco**                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,742.00** | **2008 year-to-date** |
| **$75,000.00** | **2007** |
| **$67,769.00** | **2006 - Horacio Garcia** |
|  | **2006 - Guadalupe Carrasco (TO SUPPLY)** |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re: **Horacio Garcia**
**Guadalupe Yanez Carrasco**

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Carl T. Johnson, P.C.** **Attorney and Counselor at Law** **4530 Montana, S-B** **El Paso, TX 79903** | 4/3/08 | $176.00 |

---

None
☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **Horacio Garcia**                                                    Case No. _____
        **Guadalupe Yanez Carrasco**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of the West - Calif. | | wife closed her account in California |

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1561 Mellow Ln Simi Valley, CA  93065 | Guadalupe Y. Carrasco | used mom's address for mail |
| 665 La Chapa Ave #A El Paso, TX  79912 | Horacio Garcia | 1/04 to 2/06 |
| 1752 Home Dr. Sanger, CA  93657 | | |
| 1649 Santa Rosa Ave. Reedley, CA  93654 | | |

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:   **Horacio Garcia**                                    Case No. _____
         **Guadalupe Yanez Carrasco**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑    potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
      Environmental Law:

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑    Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑    or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
☑    dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
      sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
      commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
      preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
immediately preceding the commencement of this case.

None  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **Horacio Garcia**                                          Case No. _____
        **Guadalupe Yanez Carrasco**                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑ a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑ b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑ a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑ b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑ a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑ b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑ a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑ b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re:  **Horacio Garcia**                                    Case No.  _____
        **Guadalupe Yanez Carrasco**                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

### 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

### 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

### 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re:  **Horacio Garcia**                                          Case No. _____
      **Guadalupe Yanez Carrasco**                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **04/03/2008**_____          Signature _____**/s/ Horacio Garcia**_____
                                   of Debtor          *Horacio Garcia*

Date  **04/03/2008**_____          Signature _____**/s/ Guadalupe Yanez Carrasco**_____
                                   of Joint Debtor     *Guadalupe Yanez Carrasco*
                                 (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B201 (04/09/06)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**
**Guadalupe Yanez Carrasco**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:    Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

B201 (04/09/06)  **UNITED STATES BANKRUPTCY COURT**  Page 2
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**
**Guadalupe Yanez Carrasco**

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman     ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Carl T. Johnson**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Carl T. Johnson**
_____
Carl T. Johnson, Attorney for Debtor(s)
Bar No.: 10687000
Law Offices of Carl T. Johnson, P.C.
Attorney and Counselor at Law
4530 Montana, S-B
El Paso, TX 79903
Phone: (915) 565-4669
Fax: (915) 562-7032
E-Mail: cjohnson@whc.net

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Horacio Garcia** | **X  /s/ Horacio Garcia** | **04/03/2008** |
| **Guadalupe Yanez Carrasco** | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | | |
| | **X  /s/ Guadalupe Yanez Carrasco** | **04/03/2008** |
| Case No. (if known)  _____ | Signature of Joint Debtor (if any) | Date |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**                                              CASE NO
       **Guadalupe Yanez Carrasco**

                                                                       CHAPTER     **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                    **$3,000.00**

   Prior to the filing of this statement I have received:            **$176.00**

   Balance Due:                                                    **$2,824.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **a. Adversary Proceedings**
   **b. Defending Objections to Discharge or Dischargeability**
   **c. Complaints and other matters relating to taxes and/or student loans**
   **d. Representing you in any matters resulting from your failure to disclose to this law firm all relevant facts and information.**
   **e. All services which you request after being Discharged.**
   **f. Matters pertaining to credit, credit reports, or "credit repair."**
   **g. All other matters outside the scope of general bankruptcy matters.**
   **h. Audits by US Trustee**
   **i. 707(b) requests by the US Trustee**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   **Horacio Garcia**                                          CASE NO
         **Guadalupe Yanez Carrasco**
                                                                     CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/03/2008** | **/s/ Carl T. Johnson** | |
|---|---|---|
| *Date* | *Carl T. Johnson* | Bar No.  10687000 |
| | Law Offices of Carl T. Johnson, P.C. | |
| | Attorney and Counselor at Law | |
| | 4530 Montana, S-B | |
| | El Paso, TX 79903 | |
| | Phone: (915) 565-4669 / Fax: (915) 562-7032 | |

 /s/ Horacio Garcia                                          /s/ Guadalupe Yanez Carrasco

**Horacio Garcia**                                          **Guadalupe Yanez Carrasco**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In Re:                                    *
                                          *
HORACIO GARCIA                            *        CASE NO.
GUADALUPE YANEZ CARRASCO                  *        CHAPTER 13
                                          *
                    Debtors.              *

## LAWSUIT DISCLOSURE

       We hereby acknowledge that we have no claims, lawsuits or any causes of action other than those listed in Schedule B and C of our bankruptcy.  Such claims, lawsuits or causes of action must be reported in the bankruptcy, regardless if an attorney is involved or whether a lawsuit has been filed or not.

       Such claims, lawsuits and causes of action may include, but are not limited to: personal injury accidents, medical malpractice, discrimination claims, worker's compensation, wrongful termination, contract claims, class actions, etc.

       The above listed claims, lawsuits and causes of action are for example only and are not intended to be an exclusive list.

       We understand that our bankruptcy attorney must be notified by telephone and in writing if we become entitled to any claim, lawsuit or any other causes of action during the life of the bankruptcy.

       We further understand that if such claim, lawsuit or cause of action is not listed, we may be barred from pursuing such claim, lawsuit or cause of action.


_____          _____

/s/ HORACIO GARCIA


_____          _____

/s/ GUADALUPE YANEZ CARRASCO

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

In Re:                                          *
                                                *
HORACIO GARCIA                                  *          CASE NO.
GUADALUPE YANEZ CARRASCO                         *          CHAPTER 13
                                                *
                      Debtors.                  *

**TO THE ABOVE-NAMED DEBTORS:**

You are hereby notified of the requirements as  Chapter 13 Debtors to commence making

payments pursuant to the proposed plan within thirty (30) days from the date of filing the plan.

11 U.S.C. §1326(A)(1) states:

"Unless the court orders otherwise, the Debtors shall commence making the
payments proposed by a plan within thirty (30) days after the plan is filed."

**Payments shall be sent to <u>Stuart C. Cox, Chapter 13 Trustee, P.O. Box 210, Memphis,</u>**

**<u>TN  38101-0210</u>.  All payments made by the debtor can only be made by certified funds such**

**as a cashier's check or money order.**

Failure to comply with the foregoing provisions may result in the dismissal of your case pursuant

to the provision of 11 U.S.C. §1307(c)(4).

GEORGE G. PRENTICE II
UNITED STATES DISTRICT CLERK



_____

/s/ HORACIO GARCIA


_____

/s/ GUADALUPE YANEZ CARRASCO

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**                                                        CASE NO
        **Guadalupe Yanez Carrasco**

                                                                                 CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  04/03/2008                                    Signature   /s/ Horacio Garcia
                                                                *Horacio Garcia*

Date  04/03/2008                                    Signature   /s/ Guadalupe Yanez Carrasco
                                                                *Guadalupe Yanez Carrasco*

ACS/UC Los Angeles
501 Bleecker St.
Utica, NY 13501


American General Finance
600 N. Royal Ave.
Evansville, IN  47715


Attorney General of Texas
Child Support Division
P.O. Box 12017
Austin, TX  78711-2017

Bank of America
P.O. Box 15026
Wilmington, DE  19850


Benefit Overpayment Coll. Sect
P.O. Box 826218
Sacramento, CA 94230


Central Financial Control
P.O. Box 66051
Anaheim, CA 92816


Chase
P.O. Box 15298
Wilmington, DE  19850-5298


CTC
Northway Broker Lmtd, Level 8, S-3
Plaza Commercial Ctr., Bisazza St.
Sliema SLM15
MALTA

Ford Motor Credit Co.
P.O. Box 152271
Irving, TX  75015-2271

Franklin Credit Management
6 Harrison St.
New York, NY  10013


GECU
P.O. Box 20998
El Paso, TX  79998


HFC
P.O. Box 1547
Chesapeake, VA  23327


Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100


Homecomings Funding Netwk
2711 N. Haskell Ave., SW 1
Dallas, TX  75204


HSBC
P.O. Box 97280
Portland, OR 97280


HSBC
P.O. Box 19360
Portland, OR 97280


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326


Kohls/Chase
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051

Linebarger, Goggon, Blair
& Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205


Merrit Properties/Santa Fe Plaza
c/o Skip Chase International
10610 Metric Dr., S-114
Dallas, TX 75243


Mervyn's
P.O. Box 981064
El Paso, TX  79998-1064


National Home Buyers Alliance
c/o The Bureaus, Inc.
1717 Central St.
Evanston, IL 60201


Nationwide Insurance
c/o NCO Financial
P.O. Box 41466
Philadelphia, PA  19101


Nunez, Maria
12711 Setting Sun
El Paso, TX  79936


Pitts, Donald
247 S. Clovis Ave.
Fowler, CA 93625


Providence Memorial Hospital
P.O. Box 20021
El Paso, TX  79998


Sallie Mae Servicing
1002 Arthur Dr.
Lynn Haven, FL 32444

Southwest Credit Systems
5910 Plano Pkwy., Ste. 100
Plano, TX 75093

SST/LOUDPD
4315 Pickett Rd.
Saint Joseph, MO  64503

Target
P.O. Box 673
Minneapolis, MN  55440-0673

Tax Assessor/Collector
P.O. Box 2992
El Paso, TX  79999

TXU - Texas Utilities
P.O. Box 2270
Palestine, TX 75802

U.S. Attorney General
Main Justice Bldg., Rm 5111
10th & Constitution Ave., NW
Washington, DC  20530

U.S. Attorney's Office
Western Dist. of Texas
601 NW Loop 410, S-600
San Antonio, TX  78216

UTEP/Academic Serv. Bldg.
Student Business Service
Collections Dept.
El Paso, TX  79968-0506

Verizon Wireless
P. O. Box 96082
Bellevue, WA 98009-9682

```
VMC Satellite 05
c/o NCS
6560 N. Scottsdale Rd., S-E101
Scottsdale, AZ  85253


Washington Mutual/Providian
P.O. Box 9016
Pleasanton, CA  94566-9016



Wells Fargo Ed. Finan. Svc
301 E. 58th St. N
Sioux Falls, SD 57104



Wells Fargo Educ. Fin. Serv.
P.O. Box 5156
Sioux Falls, SD  57117-5156



Wells Fargo Finance
30 W. Shaw Ave., S-104
Clovis, CA 93612



West Texas Credit Union
6834 Commerce Ave.
El Paso, TX  79915-1023



World Finance
9056 Dyer St.
El Paso, TX  79924
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Horacio Garcia**
       **Guadalupe Yanez Carrasco**

CASE NO

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|-------------------------|
| N/A | Real Property. | $125,000.00 | $122,957.00 | $2,043.00 | $2,043.00 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $7,500.00 | $0.00 | $7,500.00 | $7,500.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $2,500.00 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 7. | Furs and jewelry. | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |

*Copyright 1996-2007, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**                                                      CASE NO
        **Guadalupe Yanez Carrasco**

                                                                                CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------| --------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $45,896.00 | $38,596.00 | $7,300.00 | $7,300.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$183,296.00** | **$161,553.00** | **$21,743.00** | **$21,743.00** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| 2006 Ford Escape (Surrender) | $15,000.00 | $25,317.00 | $0.00 |
| **TOTALS:** | **$15,000.00** | **$25,317.00** | **$0.00** |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2007, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Horacio Garcia**                                    CASE NO
        **Guadalupe Yanez Carrasco**

                                                             CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

(None)

|  | | | |
|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$183,296.00** |
| B. Gross Property Value of Surrendered Property | **$15,000.00** |
| C. Total Gross Property Value (A+B) | **$198,296.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$161,553.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$25,317.00** |
| F. Total Gross Encumbrances (D+E) | **$186,870.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$21,743.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$21,743.00** |
| J.  Total Exemptions Claimed        (Wild Card Used: $5,975.00, Available: $16,425.00) | **$21,743.00** |
| K. Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

*Copyright 1996-2007, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*