**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Horacio Garcia**  CASE NO **08-30533**
**Guadalupe Yanez Carrasco**

CHAPTER **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$800.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$800.00** |

2. The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **a. Adversary Proceedings**
    **b. Defending Objections to Discharge or Dischargeability**
    **c. Complaints and other matters relating to taxes and/or student loans**
    **d. Representing you in any matters resulting from your failure to disclose to this law firm all relevant facts and information.**
    **e. All services which you request after being Discharged.**
    **f. Matters pertaining to credit, credit reports, or "credit repair."**
    **g. All other matters outside the scope of general bankruptcy matters.**
    **h. Audits by US Trustee**
    **i. 707(b) requests by the US Trustee**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Horacio Garcia** CASE NO **08-30533**
**Guadalupe Yanez Carrasco**

CHAPTER **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**09/10/2009** /s/ Carl T. Johnson
Date Carl T. Johnson   Bar No. 10687000
Law Offices of Carl T. Johnson, P.C.
Attorney and Counselor at Law
4530 Montana, S-B
El Paso, TX 79903
Phone: (915) 565-4669 / Fax: (915) 562-7032

/s/ Horacio Garcia /s/ Guadalupe Yanez Carrasco
*Horacio Garcia* *Guadalupe Yanez Carrasco*